JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH MURPHY,<br><br>　　　　Plaintiff(s),<br><br>v<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant(s) | CASE NO. SA CV 14-0554-DOC (RNBx)<br><br>**ORDER DISMISSING CIVIL CASE** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon good cause shown by **March 16, 2015**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: January 12, 2015